CO-386
10/2018

# United States District Court
# For the District of Columbia

JUDICIAL WATCH, INC. )
)
)
)
                  Plaintiff )
vs )   Civil Action No._____
)
NATIONAL ARCHIVES AND )
RECORDS ADMINISTRATION )
)
)
                 Defendant )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __JUDICIAL WATCH, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __JUDICIAL WATCH, INC.__ which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

                                       Attorney of Record

                                       /s/ Paul J. Orfanedes
                                       Signature

DC Bar No. 429716               Paul J. Orfanedes
BAR IDENTIFICATION NO.      Print Name

                                       425 Third Street SW, Suite 800
                                       Address

                                       Washington, DC  20024
                                       City             State         Zip Code

                                       (202) 646-5172
                                       Phone Number