# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-2535 (CRC) |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff Judicial Watch, Inc., by counsel and pursuant to Rules 4(i) and 4(l) of the Federal Rules of Civil Procedure, respectfully submits the attached Affidavit of Paul J. Orfanedes as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendant National Archives and Records Administration.

Dated: September 9, 2022                                             Respectfully submitted,

                                                                                             _____
                                                                                             Paul J. Orfanedes
                                                                                             D.C. Bar No. 429716
                                                                                             JUDICIAL WATCH, INC.
                                                                                             425 Third Street SW, Suite 800
                                                                                             Washington, DC  20024
                                                                                             Tel:     (202) 646-5172
                                                                                             Email:  porfanedes@judicialwatch.org

                                                                                             *Counsel for Plaintiff*