IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL ARCHIVES AND )<br>RECORDS ADMINISTRATION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 22-2535 (CRC) |

### AFFIDAVIT OF PAUL J. ORFANEDES

I, PAUL J. ORFANEDES, swear as follows:

1. I am over eighteen years of age, of sound mind, and fully competent to submit this affidavit. I have personal knowledge of the facts set forth therein.

2. I am employed as an attorney at Judicial Watch, Inc., in Washington, DC. I have worked in this capacity for over twenty years.

3. On August 23, 2022, Plaintiff initiated the above-captioned lawsuit in the U.S. District Court for the District of Columbia. Shortly thereafter, I served or caused to be served summonses and copies of the Complaint, civil cover sheet, and corporate disclosure statement ("the service package") on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendant National Archives and Records Administration.

4. Service on the U.S. Attorney for the District of Columbia was effected by email addressed to USADC-ServiceCivil@us.doj.gov. By email dated August 29, 2022, the Office of the U.S. Attorney acknowledged that the "service package had been received an accepted with a service date of August 25, 2022." A true and correct copy of the email is attached hereto as Exhibit l.

5.  Service on the U.S. Attorney General was effected by certified U.S. mail, return receipt requested.  According to U.S. Postal Service record, the service package was delivered to the U.S. Attorney General on September 8, 2022.  A true and correct copy of the return receipt is attached hereto as Exhibit 2.

6.  Service on Defendant National Archives and Records Administration was effected by certified U.S. mail, return receipt requested.  According to U.S. Postal Service records, the service package was delivered to Defendant National Archives and Records on August 29, 2022.  A true and correct copy of the return receipt is attached hereto as Exhibit 3.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on September 9, 2022 in Washington, DC.

/s/ Paul J. Orfanedes
Paul J. Orfanedes

# EXHIBIT 1

**Paul Orfanedes**

| | |
|---|---|
| **Subject:** | FW: Judicial Watch, Inc. v. National Archives and Records Administration, 22-02535 |

**From:** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Sent:** Monday, August 29, 2022 9:56 AM
**To:** Brooke Paz <bpaz@judicialwatch.org>
**Subject:** RE: Judicial Watch, Inc. v. National Archives and Records Administration, 22-02535

[EXTERNAL EMAIL]

Your service package has been received and accepted with a service date of August 25, 2022.  Thank you.

**From:** Brooke Paz <bpaz@judicialwatch.org>
**Sent:** Thursday, August 25, 2022 4:10 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Judicial Watch, Inc. v. National Archives and Records Administration, 22-02535

# EXHIBIT 2

# EXHIBIT 2

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70203160000188813220

Remove ✕

Your item was picked up at a postal facility at 4:52 am on September 8, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

September 8, 2022 at 4:52 am
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

# EXHIBIT 3

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70203160000188813237

Remove X

Your item was delivered to an individual at the address at 9:51 am on August 29, 2022 in COLLEGE PARK, MD 20740.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Left with Individual

August 29, 2022 at 9:51 am
COLLEGE PARK, MD 20740

Feedback

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧