IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>                      Plaintiff,<br><br>     v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>                      Defendant. | Case No. 1:22-cv-2535 |

## **ANSWER**

Defendant National Archives and Records Administration (NARA) hereby answers plaintiff Judicial Watch, Inc.'s complaint (ECF No. 1) as follows, in correspondingly numbered paragraphs:

1. This paragraph consists of legal conclusions concerning jurisdiction, not factual allegations to which a response is required.

2. This paragraph consists of a legal conclusion concerning venue, not a factual allegation to which a response is required.

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this paragraph.

4. As to the first sentence, admit that NARA is an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1) and is headquartered at 8601 Adelphi Road, College Park, MD 20740. The second sentence consists of legal conclusions, not factual allegations to which a response is required.

5. Admit that NARA received a Freedom of Information Act (FOIA) request from Judicial Watch on February 11, 2022. NARA respectfully refers the Court to the request for a full and accurate statement of its contents.

6. Admit. NARA respectfully refers the Court to NARA's February 18, 2022 email for a full and accurate statement of its contents.

7. Admit. NARA respectfully refers the Court to NARA's March 8, 2022 email for a full and accurate statement of its contents.

8. Admit.

9. NARA repeats its answers to the foregoing paragraphs.

10. This paragraph consists of a legal conclusion, not a factual allegation to which a response is required.

11. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

12. This paragraph consists of a legal conclusion, not a factual allegation to which a response is required.

13. This paragraph consists of legal conclusions, not factual allegations to which a response is required.

The remainder of the complaint contains Judicial Watch's requested relief, not factual allegations to which a response is required. To the extent that a response is deemed required, deny that Judicial Watch is entitled to the requested relief, or to any relief whatsoever.

NARA hereby denies all allegations in Judicial Watch's complaint not expressly admitted or denied.

## AFFIRMATIVE DEFENSES

1. Judicial Watch is not entitled to compel production of any records that FOIA or another federal law exempts from disclosure.

2. NARA has exercised due diligence in processing Judicial Watch's FOIA request and exceptional circumstances exist necessitating additional time for NARA to continue processing the request. *See* § 552(a)(6)(C).

Dated: September 26, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Kevin Wynosky*
KEVIN WYNOSKY (PA Bar # 326087)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12400
Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov

*Counsel for Defendant*