IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendant. | Case No. 1:22-cv-2535 |

**[PROPOSED] ORDER**

The Court **ORDERS** the parties to submit another joint status report on December 9, 2022 updating the Court on the status of the case.

Dated: _____          _____
                                                                                    Christopher R. Cooper
                                                                                    U.S. District Judge
                                                                                    U.S. District Court for the
                                                                                     District of Columbia