IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendant. | Case No. 1:22-cv-2535 |

## JOINT STATUS REPORT

In this Freedom of Information Act (FOIA) case against the National Archives and Records Administration (NARA), Judicial Watch seeks "records regarding the referral from NARA to the Department of Justice regarding the records management procedures of former President Donald Trump" and "records regarding [NARA's] retrieval of records from President Trump or any individual or entity acting on his behalf." Compl. ¶ 5 (ECF No. 1). Judicial Watch's FOIA request is one of many that NARA has received related to the retrieval of records from former President Donald Trump. To respond most efficiently to these overlapping requests, NARA has identified and begun processing commonly requested categories of records. When NARA completes processing a category, it simultaneously issues an interim response to all requesters and posts any non-exempt or discretionary releases to a landing page within NARA's online reading room available at https://www.archives.gov/foia/15boxes.

On October 3, 2022, NARA made its first interim response. That response processed 309 pages of emails between NARA officials and representatives of former President Trump and 1321 pages of emails between NARA and external entities. Many pages were withheld in full, subject

to FOIA exemptions (b)(5), (b)(6), (b)(7)(A), (b)(7)(C), and (b)(7)(E). *See* 5 U.S.C. § 552. However—and without conceding that the materials are nonexempt—NARA made the discretionary decision to release sixty-five pages of records and post them to the online reading room. (Several of the released records include information redacted under exemption (b)(6).)

NARA likewise made a second interim response on November 9, 2022. That response processed over 900 of pages of emails between NARA officials and, without conceding that the materials are nonexempt, posted seventy-five pages to the online reading room with some information redacted under exemptions (b)(5) and (b)(6).

NARA plans to make a third interim response in December. NARA intends for the three interim responses to constitute a complete response to Judicial Watch's request.

Accordingly, the parties respectfully request that they be permitted to file another joint status report Wednesday, January 18, 2023 updating the Court on the status of this case. A proposed order is attached for the Court's convenience.

3

Dated:  December 5, 2022                    Respectfully submitted,

*/s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172
porfanedes@judicialwatch.org

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Kevin Wynosky*
KEVIN WYNOSKY (PA Bar # 326087)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12400
Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov

*Counsel for Defendant*