IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>    Defendant. | Case No. 1:22-cv-2535 |

**[PROPOSED] ORDER**

The Court **ORDERS** the parties to submit another joint status report on January 18, 2023 updating the Court on the status of the case.

Dated: _____        _____

                                                                        Christopher R. Cooper
                                                                        U.S. District Judge
                                                                        U.S. District Court for the
                                                                         District of Columbia