IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>　　　　Defendant. | Case No. 1:22-cv-2535 |

**[PROPOSED] ORDER**

The Court **ORDERS** the parties to submit another joint status report on February 17, 2023 updating the Court on the status of the case.

Dated: _____      _____
　　　　　　　　　　　　　　　　　　Christopher R. Cooper
　　　　　　　　　　　　　　　　　　U.S. District Judge
　　　　　　　　　　　　　　　　　　U.S. District Court for the
　　　　　　　　　　　　　　　　　　 District of Columbia