THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>       Defendant. | Case No. 1:22-cv-2535 |

**JOINT STATUS REPORT**

   In this Freedom of Information Act (FOIA) case against the National Archives and Records Administration (NARA), Judicial Watch seeks "records regarding the referral from NARA to the Department of Justice regarding the records management procedures of former President Donald Trump" and "records regarding [NARA's] retrieval of records from President Trump or any individual or entity acting on his behalf." Compl. ¶ 5 (ECF No. 1). Judicial Watch's FOIA request is one of many that NARA has received related to the retrieval of records from former President Donald Trump. To respond most efficiently to these overlapping requests, NARA has identified and begun processing commonly requested categories of records. When NARA completes processing a category, it simultaneously issues an interim response to all requesters and posts any non-exempt or discretionary releases to a landing page within NARA's online reading room available at https://www.archives.gov/foia/15boxes.

   As set forth in the parties' previous joint status reports, NARA provided interim responses on October 3, 2022, November 9, 2022, and December 20, 2022 that collectively processed over 5000 pages and, without conceding that the materials are nonexempt, posted 713 pages, in whole

or in part, to the online reading room with some information redacted under exemptions (b)(5),(b)(6), and (b)(7).  *See* ECF Nos. 9 and 10.

Since the parties' last joint status report on January 18, 2023 (ECF No. 10), NARA has processed an additional 1,805 pages of records and, without conceding that the materials are nonexempt, NARA posted 60 pages, in whole or in part, to the online reading room with some information redacted under exemptions (b)(4) and/or (b)(6).  The remaining pages have been withheld in full under exemptions (b)(1), (b)(3), (b)(5), (b)(6), and/or (b)(7).

NARA plans to post a fifth interim response to the online reading room in February 2023, which will include records responsive to Judicial Watch's FOIA request.

The parties respectfully request that they be permitted to file another joint status report Friday, March 17, 2023, updating the Court on the status of this case.  A proposed order is attached for the Court's convenience.

3

Dated: February 16, 2023                    Respectfully submitted,

*/s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172
porfanedes@judicialwatch.org

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Kevin Wynosky*
KEVIN WYNOSKY (PA Bar # 326087)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12400
Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov

*Counsel for Defendant*