IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>　　　　　　　　　Defendant. | Case No. 1:22-cv-2535 |

**JOINT STATUS REPORT**

　　　　In this Freedom of Information Act (FOIA) case against the National Archives and Records Administration (NARA), Judicial Watch seeks "records regarding the referral from NARA to the Department of Justice regarding the records management procedures of former President Donald Trump" and "records regarding [NARA's] retrieval of records from President Trump or any individual or entity acting on his behalf." Compl. ¶ 5 (ECF No. 1). Judicial Watch's FOIA request is one of many that NARA has received related to the retrieval of records from former President Donald Trump. To respond most efficiently to these overlapping requests, NARA has identified and begun processing commonly requested categories of records. When NARA completes processing a category, it simultaneously issues an interim response to all requesters and posts any non-exempt or discretionary releases to a landing page within NARA's online reading room available at https://www.archives.gov/foia/15boxes.

　　　　As stated in the parties' last joint status report (ECF No. 11), NARA provided interim responses on October 3, 2022, November 9, 2022, December 20, 2022, and January 31, 2023. NARA subsequently provided another interim response on February 28, 2023.  These three

interim responses collectively processed over 8000 pages and, without conceding that the materials are nonexempt, posted 799 pages, in whole or in part, to the online reading room with some information redacted under exemptions (b)(3), (b)(5), (b)(6), and (b)(7).  The remainder of the records were withheld in full under exemptions (b)(1), (b)(5), (b)(6), and (b)(7).

NARA plans to make a sixth interim response in March 2023, which is intended to constitute a complete response to Judicial Watch's request.

Accordingly, the parties respectfully request that they be permitted to file another joint status report Friday, April 28, 2023, updating the Court on the status of this case.

3

Dated:  March 17, 2023                                  Respectfully submitted,

/s/ Paul J. Orfanedes
Paul J. Orfanedes
D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172
porfanedes@judicialwatch.org

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Kevin Wynosky
KEVIN WYNOSKY (PA Bar # 326087)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12400
Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov

*Counsel for Defendant*