IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendant. | Case No. 1:22-cv-2535 |

**JOINT STATUS REPORT**

In this Freedom of Information Act (FOIA) case against the National Archives and Records Administration (NARA), Judicial Watch seeks "records regarding the referral from NARA to the Department of Justice regarding the records management procedures of former President Donald Trump" and "records regarding [NARA's] retrieval of records from President Trump or any individual or entity acting on his behalf." Compl. ¶ 5 (ECF No. 1). Judicial Watch's FOIA request is one of many that NARA has received related to the retrieval of records from former President Donald Trump. To respond most efficiently to these overlapping requests, NARA identified and processed commonly requested categories of records. When NARA completed processing a category, it simultaneously issued an interim response to all requesters and posted any non-exempt or discretionary releases to a landing page within NARA's online reading room available at https://www.archives.gov/foia/15boxes.

As stated in the parties' last joint status report (ECF No. 12), NARA provided interim responses on October 3, 2022, November 9, 2022, December 20, 2022, January 31, 2023, and February 28, 2023. NARA subsequently provided another interim response on March 31, 2023.

These six interim responses collectively processed over 9000 pages and, without conceding that the materials are nonexempt, posted 1341 pages, in whole or in part, to the online reading room with some information redacted under exemptions (b)(3), (b)(5), (b)(6), and (b)(7). The remainder of the records were withheld in full under exemptions (b)(1), (b)(5), (b)(6), and (b)(7).

NARA asserts that these six interim responses constitute a complete response to Judicial Watch's request. Judicial Watch continues to assess the withholdings associated with those interim responses and to review those responses for completion, and will confer with NARA as appropriate.

Accordingly, the parties respectfully request that they be permitted to file another joint status report on Wednesday, May 31, 2023, updating the Court on the status of this case.

Dated: April 20, 2023                          Respectfully submitted,

*/s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172
porfanedes@judicialwatch.org

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Kevin Wynosky*
KEVIN WYNOSKY (PA Bar # 326087)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Rm. 12400
Washington, DC 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov

*Counsel for Defendant*