IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br><br>        Defendant. | Case No. 1:22-cv-2535 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order, issued January 7, 2024, the parties provide this Joint Status Report ("JSR").

1. At issue in this Freedom of Information Act (FOIA) case against the National Archives and Records Administration (NARA) is Judicial Watch's request for "records regarding the referral from NARA to the Department of Justice regarding the records management procedures of former President Donald Trump" and "records regarding [NARA's] retrieval of records from President Trump or any individual or entity acting on his behalf." Compl. ¶ 5 (ECF No. 1).

2. As detailed in the parties' last JSR (Dkt. No. 32), NARA completed its re-review of prior withholdings related to the retrieval of records from former President Trump at Mar-a-Lago and sent out records to the equity-holding entities as appropriate. NARA estimates that approximately 400 pages are out for consultation, many of which are samples (*i.e.*, if there are multiple copies of the same document, only one was sent). NARA seeks to produce a minimum

of 500 pages a month on a rolling basis as consultations are returned. NARA will release the first 500 pages on Friday, February 7, 2025.

    3.    The parties request that they be permitted to file another joint status report on or before March 7, 2025, updating the Court on the status of the case.

Dated:    February 5, 2025                      Respectfully submitted,

*/s/ Jason B. Aldrich*
Jason B. Aldrich
D.C. Bar No. 495488
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172
jaldrich@judicialwatch.org

*Counsel for Plaintiff*

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Alexandra Widas*
ALEXANDRA WIDAS
D.C. Bar No. 1645372
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
(202) 616-8472
Alexandra.J.Widas@usdoj.gov

*Counsel for Defendant*